PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dewayne Simmons

**Docket Number:** 03-00768-001
**PACTS Number:** 37712

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 02/17/2005

**Original Offense:** POSSESSION OF A FIREARM BY A CONVICTED FELON, 18 U.S.C. §922(g)(1)&(2)

**Original Sentence:** 37 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 5/25/11

**Assistant U.S. Attorney:** David Bocian, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Brian Reilly, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On February 12, 2012, the offender was charged with aggravated assault with a deadly weapon by Irvington Police Officers. The offender has yet to appear in Court. |
| 2 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.' |
| | The offender was questioned by the Irvington Police on February 12, 2012. The offender did not contact the probation office until February 16, 2012. |

PROB 12C - Page 2
Dewayne Simmons

3     The offender has violated the standard supervision condition which states '**The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.**'

After the offender contacted this officer on February 16, 2012, he was instructed to report to the probation office on February 23, 2012. He failed to report on that day and has made no attempts to contact this officer.

4     The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

The offender left his residence on February 12, 2012, and did not notify the probation office of the change of address. To this date, he has not submitted a new address.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 3/14/12

**THE COURT ORDERS:**

[ X ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/15/12
Date